UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 3:16-cr-00196 |
| ) | CHIEF JUDGE CRENSHAW |
| MITCHELL HUNTER OAKES, ) | |
| ) | |
| Defendant. ) | |

## ORDER

To timely assist the Court in preparing for the pre-trial conference, the parties shall submit agreed jury instructions and an agreed verdict form by noon on August 2, 2018. The parties should consult the Court's Order dated June 27, 2018 (Doc. No. 173) for the protocol for these submissions.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE